IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | NO. 05-CR-30015-DRH |
| ) | |
| JOE SHARP,  ) | |
| ) | |
| Defendant.  ) | |

## ORDER

**HERNDON, District Judge:**

Before the Court is Defendant's Motion to Continue Sentencing. (Doc. 449.) The motion is unopposed. The Court, being fully advised in the premises, and for the reasons stated in said motion, **GRANTS** Defendant's motion. (Doc. 449.) The sentencing is now set for April 13, 2007 at 1:30 p.m.

**IT IS SO ORDERED**.

Signed this 26th day of October, 2006.

/s/       David   RHerndon
**United States District Judge**