IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. 05-CR-30015-DRH |
| v. | ) |
| | ) |
| JOE SHARP | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon motion of the United States of America, and the Court being advised of the facts, leave of court is granted for dismissal of Count 9 from the Second Superseding Indictment in the above case in reference to Defendant Joe Sharp.

SO ORDERED:

DATE: <u>April 29, 2007.</u>

<u>/s/      David   RHerndon</u>
United States District Judge